THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Maurice
 Graves,        Appellant.
 
 
 

Appeal From Sumter County
Howard P. King, Circuit Court Judge

Unpublished Opinion No.
2005-UP-489
Submitted August 01, 2005  Filed August 17, 2005   

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Robert M. Dudek, Office of Appellate Defense, of Columbia, for
 Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, Office of the
 Attorney General, of Columbia; and Solicitor Cecil Kelly Jackson of
 Sumter, for Respondent.
 
 
 

PER CURIAM:  Maurice
Graves appeals his conviction for burglary in the first degree.  He
maintains the trial court erred in denying his motion to suppress his confession
made to police shortly after he was arrested.  He also maintains he was
tried and sentenced under an unconstitutional statute.  After a thorough
review of the record, counsels brief, and Graves pro se brief,
pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Graves appeal and grant counsels motion to
be relieved.
APPEAL DISMISSED.
ANDERSON, HUFF, and WILLIAMS, JJ.,
concur.   

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.